*Karen K. Clark,* in opposition.

Decided February 10, 2000

## KAREN LOMBARDI *v.* JOHN LOMBARDI

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 117 (AC 18607), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Vito A. Castignoli*, in support of the petition.

Decided February 10, 2000